# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARVIN ESCOBAR DIAZ,<br><br>           Petitioner,<br><br>    vs.<br><br>LEONARD ODDO, IN HIS OFFICIAL CAPACITY AS WARDEN OF MOSHANNON VALLEY PROCESSING CENTER, PHILIPSBURG; JOHN E. RIFE, IN HIS OFFICIAL CAPACITY AS ACTING PHILADELPHIA FIELD OFFICE DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION & CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE;<br><br>           Respondents, | 3:26-CV-00771-MJH |

## ORDER

For the reasons stated in *Deh v. Warden Moshannon Valley Processing Center, et al.*, No. 3:26-CV-00738-MJH, 2026 WL 1255947 (W.D. Pa. May 7, 2026), the Habeas Petition, at ECF No. 1, is GRANTED IN PART, as follows:

Respondents shall cause Petitioner to be taken to a neutral immigration judge of the Executive Office of Immigration Review for an individualized bond hearing to occur within seven (7) days of this order, or else release Petitioner by such date. Respondents shall ensure that the hearing include the

required due process, including, at a minimum, factfinding based upon a record produced before a

decisionmaker and disclosed to Petitioner; an opportunity to make arguments on Petitioner's behalf; and

the right to an individualized determination of Petitioner's interests. *See Ghanem v. Warden Essex Cnty.*

*Corr. Facility*, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022).

IT IS FURTHER ORDERED that the Petition is DENIED in all other respects. The Clerk of

Court shall mark this case as closed.

BY THE COURT:

DATED: May 15, 2026

Marilyn J. Horan
United States District Judge